UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00005 |
| | ) | JUDGE CAMPBELL |
| OSCAR SERRANO | ) | |

<u>ORDER</u>

Due to an ongoing criminal trial, the sentencing hearing in this case currently scheduled for October 30, 2008, is RESCHEDULED for November 10, 2008, at 1:00 p.m. Also, the Motion for Extension of Time to File Position (Docket No. 978) is moot in light of the new sentencing date.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least three (3) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) calendar days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE